# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Charles F. Wachendorfer Consulting
Group LLC *doing business as* Decision
Reflex Consulting, and Charles
Wachendorfer *Chuck*,

    Case No. 25-CV-01298(PJS/EMB)

      Petitioners,

**ORDER OF RECUSAL**

v.

THINK2PERFORM, Inc. and Doug
Lennick,

      Respondents.

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses herself in this matter.

Dated: June 1, 2026

      *s/Elsa M. Bullard*
      ELSA M. BULLARD
      United States Magistrate Judge